

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00346-CV

CHRIS HENNSLEY, APPELLANT

V.

GREG STEVENS, CHIEF OF POLICE, LUBBOCK POLICE DEPARTMENT,
AND CITY OF LUBBOCK, APPELLEES

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2017-526,477, Honorable Ruben Gonzales Reyes, Presiding

February 28, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Chris Hennsley, filed a notice of appeal in the above-referenced cause. The appellate record has been filed. Hennsley's brief was originally due January 30, 2019, but was not filed. By letter of February 6, 2019, we notified Hennsley that his brief was overdue and admonished him that failure to file a brief by February 19 would result in dismissal of the appeal for want of prosecution without further notice. *See* TEX. R. APP.

P. 38.8(a)(1); 42.3(b).  To date, Hennsley has not filed a brief or had any further communication with the court.

Accordingly, the appeal is dismissed for want of prosecution.

Per Curiam